GRANT F. LANGLEY
City Attorney

MIRIAM R. HORWITZ
ADAM B. STEPHENS
MARY L. SCHANNING
JAN A. SMOKOWICZ
Deputy City Attorneys

SUSAN E. LAPPEN
PATRICIA A. FRICKER
HEIDI WICK SPOERL
GREGG C. HAGOPIAN
JAY A. UNORA
KATHRYN Z. BLOCK
KEVIN P. SULLIVAN
THOMAS D. MILLER
ROBIN A. PEDERSON
JEREMY R. MCKENZIE
PETER J. BLOCK
JENNY YUAN
ALLISON N. FLANAGAN
HEATHER H. HOUGH
ANDREA J. FOWLER
PATRICK J. MCCLAIN
NAOMI E. GEHLING
BENJAMIN J. ROOVERS
ELLENY B. CHRISTOPOULOS
TYRONE M. ST. JUNIOR
HANNAH R. JAHN
JULIE P. WILSON
GREGORY P. KRUSE
KIMBERLY A. PRESCOTT
SHEILA THOBANI
KATRYNA C. RHODES
NICOLE F. LARSEN
JAMES M. CARROLL
WILLIAM G. DAVIDSON
MEIGHAN M. ANGER
ALEXANDER R. CARSON
JENNIFER J. TATE
Assistant City Attorneys



Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

April 13, 2020

Honorable Nancy Joseph
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 253
Milwaukee, WI 53202

      Re:   *Andre J. Smith v. City of Milwaukee, et al.*
             Case No.: 18-CV-1797

Dear Judge Joseph:

I write today to inquire regarding your March 2, 2020 Amended Scheduling Order. Attorney Pinix and I have been in contact and agree that we should request that the Court either: 1) hold a telephonic status conference to discuss the status of this case given the current pandemic, or 2) provide written clarification as to how Chief Judge Pepper's General Orders Regarding COVID-19 affect our currently scheduled dates.

Whichever option the Court chooses, the parties request that the Court adjourn the date for the filing of the joint final pretrial report currently set for April 17, 2020. Please feel free to contact me should you have any questions or concerns.

Very truly yours,

/s/ Naomi E. Gehling

NAOMI E. GEHLING
Assistant City Attorney

/NEG

1032-2018-2209.001:267891

