

March 4, 2021

Honorable Judge Nancy Joseph (by ECF)
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

  RE: Smith v. City of Milwaukee, E.D. Wis. case no. 18-cv-1797

Judge Joseph:

  This letter is being sent to advise the Court that the parties to the above-captioned case have reached a settlement agreement and to ask that the Court remove the future events currently calendared to occur in the matter.

  The parties' settlement agreement has been fully executed, and its effectuation awaits only clearance of a few additional bureaucratic hurdles, which all expect to occur within the month. Thereafter, the parties anticipate filing a stipulated dismissal upon effectuation of the settlement agreement.

  Looking forward for scheduling purposes, the parties noted that certain filings are upcoming in this matter, as well as some not-so-distant court dates, including a trial. Anticipating that the settlement will be bureaucratically approved, effectuated, and the matter then fully resolved, the parties hereby request that the Court remove the additional deadlines and scheduled court dates from its calendar.

  If, for some reason, the settlement is not approved, the parties can return to the Court with a request to re-calendar the matter for further litigation.

  I have coordinated with Attorney Gehling in the drafting and filing of this letter, and she has stated her approval of my filing it in its current form.

Sincerely,

s/ Matthew S. Pinix
Matthew S. Pinix, SBN 1064368